IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WARREN DWAYNE VASSER <br><br> Defendant. | 8:17CR372 <br><br> **ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [68]. Counsel is seeking additional time to find a mutually acceptable resolution to the case. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [68] is granted as follows:

1. The jury trial, now set for July 10, 2018, is continued to **August 28, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 28, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 3rd day of July 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge