# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR372 |
| vs. | |
| WARREN DWAYNE VASSER, | JUDGMENT |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF 100;

2. The Motion, ECF No. 100, is summarily denied;

3. No certificate of appealability will be issued; and

4. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 30th day of January 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge